Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
Marc Price Wolf (SBN: 254495)
mpricewolf@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street. 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile:  (628) 232-3101

*Attorneys for Defendant*
CARLOS JOEL CASTRO-ARTEAGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>CARLOS JOEL CASTRO-ARTEAGA,<br><br>*Defendant.* | Case No. 4:25-MJ-70846 (MAG)<br><br>**STIPULATION TO CONTINUE AND EXCLUDE TIME FROM OCTOBER 7, 2025 TO OCTOBER 14, 2025 AND ORDER** |

  It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Carlos Joel Castro-Arteaga, that the status hearing regarding a preliminary hearing/arraignment scheduled for October 7, 2025, in the above-captioned matter be continued until October 14, 2025 for an arraignment, and that time be excluded under the Speedy Trial Act from October 7, 2025, through October 14, 2025.

  The government and counsel for Mr. Castro-Arteaga agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery produced by the government.  The parties are close to finalizing a pre-indictment resolution.  Defense counsel needs additional time to review the proposed resolution with the

1  Defendant, who is in custody and requires the assistance of a Spanish language interpreter.  The
2  parties therefore stipulate and agree that excluding time until October 14, 2025, will allow for the
3  effective preparation of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate
4  and agree that the ends of justice served by excluding the time from October 7, 2025, through
5  October 14, 2025, from computation under the Speedy Trial Act outweigh the best interests of the
6  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties further stipulate and agree that there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The undersigned counsel for Mr. Castro-Arteaga certify that he has obtained approval from counsel for the United States to file this stipulation and proposed order.

Dated:  October 3, 2025            PAUL, WEISS, RIFKIND, WHARTON &
                                                        GARRISON LLP

                                                By:  */s/ Marc Price Wolf*
                                                        Walter F. Brown
                                                        Marc Price Wolf

                                                *Attorneys for Defendant Carlos Joel Castro-Arteaga*


Dated: October 3, 2025            By:    */s/ Emily Dahlke*
                                                        Emily Dahlke
                                                        Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from October 7, 2025, through October 14, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from October 7, 2025, through October 14, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Additionally, the Court finds there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing regarding a preliminary hearing/arraignment currently scheduled for October 7, 2025, is continued until October 14, 2025 for an arraignment, that time from October 7, 2025, through October 14, 2025, shall be excluded from computation under the Speedy Trial Act, and that time limits for a preliminary hearing and indictment are extended from October 7, 2025, through October 14, 2025.  18 U.S.C. § 3161(b), (h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1.

IT IS SO ORDERED.

DATED:  October 6, 2025

_____
HON. DONNA M. RYU
Chief Magistrate Judge